**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARSHA L. GENARO,

        Plaintiff,

vs.  Case No. 3:04-cv-431-J-HTS

NEIL PERRY, SHERIFF, ST. JOHNS COUNTY; MICHAEL KEEGAN, DETECTIVE, ST. JOHNS COUNTY; and MICHAEL QUINTIERI, DETECTIVE, ST. JOHNS COUNTY, in their professional and individual capacities,

        Defendants.
_____

**O R D E R**

The Court has been notified that the above-styled cause has been settled.  *See* Mediation Disposition Report (Doc. #54).  Accordingly, pursuant to Rule 3.08(b), Local Rules, United States District Court, Middle District of Florida, the Court now

**ORDERS and ADJUDGES:**

That the above-styled cause be and the same is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days from the date of this Order to enter a stipulated form of final order or judgment or to show good cause why the case should be reopened for further proceedings.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of January, 2006.

                                    Howard T. Snyder
                                HOWARD T. SNYDER
                                United States Magistrate Judge

Copies to:

Counsel of Record and
    *pro se* parties, if any